| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Santilli Law Group, Ltd.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  36-4137775

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 111 West Washington Street Suite 1240<br>Chicago, IL 60602-2706 | c/o Deborah K. Ebner, Trustee<br>11 East Adams Street Suite 904<br>Chicago, IL 60603 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

7/19/16  9:34AM

Debtor **Santilli Law Group, Ltd.**        Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Frank Santilli** | Relationship | **Sole member of** |
| District | **Northern District of Illinois Eastern Division** | When **4/29/16** | Case number, if known **16-14713** |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  **Santilli Law Group, Ltd.**  Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
　　　　 Contact name _____
　　　　 Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Santilli Law Group, Ltd.**      Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 19, 2016**
MM / DD / YYYY

X **/s/ Deborah K. Ebner, Trustee**          **Deborah K. Ebner, Trustee**
Signature of authorized representative of debtor       Printed name

Title  **Trustee, Frank A. Santilli, Debtor Case Number 16-14713**

**18. Signature of attorney**

X **/s/ ss//Deborah K. Ebner**          Date **July 19, 2016**
Signature of attorney for debtor           MM / DD / YYYY

**ss//Deborah K. Ebner**
Printed name

**ss// Law Office of Deborah Kanner Ebner**
Firm name

**11 East Adams
Suite 904
Chicago, IL 60603**
Number, Street, City, State & ZIP Code

Contact phone **(312) 922-3838**    Email address **dkebner@deborahebnerlaw.com**

**6181615**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

ACF 2006, Inc
One Vantage Way, Suite C-165
Nashville, TN 37228


ACF 2006, Inc.
Advocate Capital, Inc.
One Vantage Way, Suite C-165
Nashville, TN 37228


Active Rehab & Wellness PC
960 N Rand Rd
Suite 212
Chicago, IL 60612


Advanced Billing Coll Spec
8501 W Higgins Rd
Suite 710
Chicago, IL 60631


Alfredo S Vano
Spinak & Vano
77 W Washington, Suite 1009
Chicago, IL 60602


American Express
POB 981535
El Paso, TX 79998-1535


AT&T
POB 5080
Carol Stream, IL 60197-5080


Atkinson-Baker, Inc.
500 N Blvd
Third Floor
Glendale, CA 91203


Avaya
POB 550599
Jacksonville, FL 32255


Barkley Court Reporters
File No. 50217
Los Angeles, CA 90074

```
Blue Cross Blue Shield of IL
3200 Robbins Rd
Springfield, IL 62704


Burnham Center-111 W Washington LLC
4958 Solution Center
Chicago, IL 60677


Business Financial Services Inc.
dba BFS Capital
3301 N University Dr, Suite 300
Pompano Beach, FL 33065


Certified Legal Funding Inc.
3959 Van Dyke Rd
Lutz, FL 33558


Certified Services
POB 177
Waukegan, IL 60079


Chicago Avenue Rehab
2229 W Chicago Ave
Chicago, IL 60622


Christopher W Holwell
115 S LaSalle St.
26th Floor
Chicago, IL 60608


Citizens Bank
RDC 160
POB 7000
Providence, RI 02940


Complete Business Solutions
Attn: Joe Cole
141 N 2nd St
Philadelphia, PA 19106


Cook County Circuit Court Clerk
Richard J Daley Ctr
Room 1005
Chicago, IL 60602
```

Diversified Credit Services Inc.
POB 21726
44121
Cleveland, OH 44121


East Bank Records Storage
1200 W 35th St
Chicago, IL 60609


Ellis Legal PC
250 S Wacker Dr
Suite 600
Chicago, IL 60606


Esquire Deposition Solutions
2700 Centennial Tower
101 Marietta St
Atlanta, GA 30303


Frank Santilli
2215 N Ridge Ave
Arlington Heights, IL 60004


Gerald B. Lurie
Chen Nelson Roberts Ltd
15th Flr, 203 N LaSalle St.
Chicago, IL 60601


Global Financial
199 Main St
8th Flr
White Plains, NY 10601


Great America Leasing Corporation
625 FIrst Street S.E.
Suite 800
Cedar Rapids, IA 52401


HealthPort
PO Box 1812
Alpharetta, GA 30023


Hinckley Springs
6750 Discovery Blvd
Mableton, GA 30126

Illinois Department of Revenue
POB 19447
Springfield, IL 62794


Integrity Medical Group
4637 S Archer Ave
Chicago, IL 60632


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326


J. Rogers
230 South Dearborn Street
Room 2650, Mail Stop 5114 CHI
Chicago, IL 60604-1505


James T Gately
8233 W 185th St
Tinley Park, IL 60487


Jasmin Soto
2435 N Lorel
Apt. 2
Chicago, IL 60639


JC Ehrilich Company Inc.
1125 Berkshire Blvd
Suite 150
Reading, PA 19610


Jerrie Jackson
c/o Dicker & Dicker
300 W Adams St, Suite 330
Chicago, IL 60606


Lending Club Corp
71 Stevenson St
Suite 300
San Francisco, CA 94105


Lexis Nexis
c/o Shook Hardy & Bacon
1155 F St N.W., Suite 200
Washington, DC 20004

```
MedCheck
POB 392455
Pittsburgh, PA 15251


Midwest Medicorp SC
6524 W Archer Ave
Chicago, IL 60638


Much Shelist
191 N Wacker Dr
Suite 1800
Chicago, IL 60606


Office of the Secretary of State
Business Service Dept.
IL 62758


Ogle County Physcial Therapy Inc.
404 W Blackhawk Dr
Byron, IL 61010


Optum
11000 Optum Circle
Eden Prairie, MN 55344


Peachtree Financial
201 King of Prussia Rd
Suite 320
Wayne, PA 19087


Pitney Bowes
2225 American Drive
Neenah, WI 54956


Preferred Capital Funding
368 W Huron
#4S
Chicago, IL 60654


Progressive Medical Center
1841 W Army Trail Rd
Addison, IL 60101
```

Ramiro Alvarez
474 Jefferson Ave
Elgin, IL 60121


Roger G Jones
Bradley Arant Boult Cummings LLP
Roundabout Plaza, 1600 Division St
Nashville, TN 37203


South Chicago Surgical Solutions
16450 S 104th Ave
Orland Park, IL 60467


Sprint Customer Service
POB 8077
London, KY 40742


The Hartford
301 Woods Park Dr
Clinton, NY 13323


The Leviton Law Firm Ltd
3 Golf Center
Suite 361
Hoffman Estates, IL 60169


Tim McFadden
Barnes & Thornburg
One N Wacker Dr, Suite 4400
Chicago, IL 60606


U.S. Legal Support Chicago
200 W Jackson Blvd
Suite 600
Chicago, IL 60606


Veritex Midwest
1 N Franklin St
Suite 3000
Chicago, IL 60606

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Santilli Law Group, Ltd.**                                    Case No.
                           Debtor(s)                                   Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Santilli Law Group, Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 19, 2016** | **/s/ ss//Deborah K. Ebner** |
| Date | **ss//Deborah K. Ebner 6181615** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Santilli Law Group, Ltd.** |
| | **ss// Law Office of Deborah Kanner Ebner** |
| | **11 East Adams** |
| | **Suite 904** |
| | **Chicago, IL 60603** |
| | **(312) 922-3838 Fax:(312) 922-8722** |
| | **dkebner@deborahebnerlaw.com** |